# FORM A

Rev. 10/10

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

FILED
VANESSA L. ARMSTRONG, CLERK
JUN 24 2020
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Eric Christopher Wright

(Full name of the Plaintiff(s) in this action)

v.

Fayette County Detention Center
Sergeant Jermey Abney
Capitain Shawn Campbell
Major Dwight Hall

(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 1:20cv107-GNS
(To be supplied by the clerk)

( ) DEMAND FOR JURY TRIAL

(X) NO JURY TRIAL DEMAND
(Check only one)

## I. PARTIES

(A) **Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Eric Christopher Wright

Place of Confinement: Logan County Detention Center

Address: 304 West 3RD Street Russellville, KY 42276

Status of Plaintiff: CONVICTED (X)   PRETRIAL DETAINEE (__)

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___) PRETRIAL DETAINEE (___)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___) PRETRIAL DETAINEE (___)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant **Sergeant Jamey Abney** is employed as **Corrections Officer** at **Fayette County Detention Center**

The Defendant is being sued in his/her (___) individual and/or (X) official capacity.

(2) Defendant **Captain Shawn Campbell** is employed as **Corrections Officer** at **Fayette County Detention Center**

The Defendant is being sued in his/her (___) individual and/or (X) official capacity.

(3) Defendant **Major Dwight Hall** is employed as **Corrections officer** at **Fayette County Detention Center**

The Defendant is being sued in his/her (___) individual and/or (X) official capacity.

(4) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

2

(5) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (__) NO (X)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _____

_____

Defendant(s): _____

_____

Court (if federal court, name the district. If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action):_____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):

_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

### III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

At appoximatly 11pm on 4-22-19 I was given a urine drug screen at Fayett County Detention Center by Sergeant Abney. The results of this are attached. The drug screen clearly states that I was negative for a substances that I was tested for. Regardless of this fact Sergeant Abney wrote me up for possession of dangerous contraband and I was placed in segeration for 30 days. Futhermore they took my natt and linens at 7:00AM and kept them until 11pm every day that I was in segeregation, wich I think is cruell and unasall punishment for an offense that I was clearly innocent of wich is proven by the drug test itself. Futher more Capitain S. Cambell was over a disiplinary hearing conducted on 5-13-19, and despite clear evidence of innocence he found me guilty. Copy of that hearing is attached. That hearing was also recorded for audio by

4

## III. STATEMENT OF CLAIM(S) continued

the jail. They should still have a copy of it. Futher more, I filed an appeal to the disiplinary hearing finding on 5-15-2019, with Major D. Hall. But despite fileing the appeal, I never got a response and seved the remainder of my time in solitary confinement without bedding 16 hours aday. I belive that my rite to fair and humane treatment were violated. I belive the officers in this case misused there power in finding me guilty of a violation that I had clear proof of innocence and futher more each officer in the command chain upholding that decision when the should have clearly overturned it based on evidence.

IV. **RELIEF**

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

__X__ award money damages in the amount of $ $5,000

_____ grant injunctive relief by _____

_____ award punitive damages in the amount of $ _____

_____ other: _____

V. **DECLARATION UNDER PENALTY OF PERJURY**
   **(each Plaintiff must sign for him/herself)**

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 4 day of ~~~~ June , 20 20

*Eric Wright*
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on   6-21-20   .

*Eric Wright*
(Signature)

6